*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUBB CUSTOM INSURANCE COMPANY, | CASE NO.: CV 11-5594-GW(MRWx) |
| *Plaintiff,* | **ORDER OF DISMISSAL** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| *Defendants.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

DATED: January 23, 2012

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1